FILED: December 30, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-2225 (L)
(3:14-cv-00213-MOC-DLH)

_____

GENERAL SYNOD OF THE UNITED CHURCH OF CHRIST; JOSEPH HOFFMAN, Reverend; NANCY ELLETT ALLISON, Reverend; NATHAN KING, Reverend; NANCY KRAFT, Reverend; JONATHAN FREIRICH, Rabbi; ROBIN TANNER, Reverend; MARK WARD, Reverend; DR. NANCY E. PETTY, Reverend; KAY DIANE ANSLEY; CATHERINE MCGAUGHEY; ELIZABETH CLONINGER, a/k/a Lisa; KATHLEEN SMITH; SHAUNA BRAGAN; STACY MALONEY; CATHY FRY; JOANNE MARINARO; JOEL BLADY; JEFFREY ADDY; BETTY MACK; CAROL TAYLOR; THE VERY REVEREND TODD DONATELLI; RABBI ARIEL EDERY; THE REVEREND CANON THOMAS MURPHY; CENTRAL CONFERENCE OF AMERICAN RABBIS; ALLIANCE OF BAPTISTS, INC.; REVEREND AMY JACKS DEAN; ASSOCIATION OF WELCOMING & AFFIRMING BAPTISTS; REVEREND MILLY MORROW; REVEREND RUSS DEAN; RABBI ERIC M. SOLOMON; RABBI ARI N. MARGOLIS; RABBI LUCY H. F. DINNER

    Plaintiffs - Appellees

v.

THOM TILLIS, Speaker of the NC House of Representatives; PHIL BERGER, President Pro Tempore of the NC Senate

    Movants - Appellants

and

ROY COOPER, Attorney General of North Carolina; DREW REISINGER, Register of Deeds; WAYNE NIXON, Register of Deeds; TONIA HAMPTON, Register of Deeds; J. DAVID GRANBERRY, Register of Deeds; LAURA M. RIDDICK, Register of Deeds; RONALD L. MOORE, District Attorney; ROXANN

VANEEKHOVEN, District Attorney; BRADLEY GREENWAY, District Attorney; ANDREW MURRAY, District Attorney; NED MANGUM, District Attorney

   Defendants

_____

O R D E R

_____

 The court grants an extension of the briefing schedule as follows:

 Appendix due from appellants Thom Tillis and Phil Berger: 01/15/2015

 Opening brief due from appellants Thom Tillis and Phil Berger: 01/15/2015

 Response brief due from WDNC appellees, General Synod et al.: 02/19/2015

 Opening/response brief due from MDNC appellees Marcie Fisher-Borne et al.: 02/19/2015

 Response/reply brief due from appellants Thom Tillis and Phil Berger: 03/26/2015

 Reply brief permitted from MDNC appellees within 14 days of service of response/reply brief.

        For the Court--By Direction

        <u>/s/ Patricia S. Connor, Clerk</u>