FILED: August 11, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-2225 (L)
(3:14-cv-00213-MOC-DLH)

_____

GENERAL SYNOD OF THE UNITED CHURCH OF CHRIST; JOSEPH HOFFMAN, Reverend; NANCY ELLETT ALLISON, Reverend; NATHAN KING, Reverend; NANCY KRAFT, Reverend; JONATHAN FREIRICH, Rabbi; ROBIN TANNER, Reverend; MARK WARD, Reverend; DR. NANCY E. PETTY, Reverend; KAY DIANE ANSLEY; CATHERINE MCGAUGHEY; ELIZABETH CLONINGER, a/k/a Lisa; KATHLEEN SMITH; SHAUNA BRAGAN; STACY MALONEY; CATHY FRY; JOANNE MARINARO; JOEL BLADY; JEFFREY ADDY; BETTY MACK; CAROL TAYLOR; THE VERY REVEREND TODD DONATELLI; RABBI ARIEL EDERY; THE REVEREND CANON THOMAS MURPHY; CENTRAL CONFERENCE OF AMERICAN RABBIS; ALLIANCE OF BAPTISTS, INC.; REVEREND AMY JACKS DEAN; ASSOCIATION OF WELCOMING & AFFIRMING BAPTISTS; REVEREND MILLY MORROW; REVEREND RUSS DEAN; RABBI ERIC M. SOLOMON; RABBI ARI N. MARGOLIS; RABBI LUCY H. F. DINNER

   Plaintiffs - Appellees

v.

TIM MOORE, Speaker of the NC House of Representatives; PHIL BERGER, President Pro Tempore of the NC Senate

   Movants - Appellants

 and

ROY COOPER, Attorney General of North Carolina; DREW REISINGER, Register of Deeds; WAYNE NIXON, Register of Deeds; TONIA HAMPTON, Register of Deeds; J. DAVID GRANBERRY, Register of Deeds; LAURA M.

RIDDICK, Register of Deeds; RONALD L. MOORE, District Attorney; ROXANN VANEEKHOVEN, District Attorney; BRADLEY GREENWAY, District Attorney; ANDREW MURRAY, District Attorney; NED MANGUM, District Attorney

        Defendants

---

No. 14-2228
(1:12-cv-00589-WO-JEP)

---

MARCIE FISHER-BORNE, for herself and as guardian ad litem for M.F.-B., a minor; CHANTELLE FISHER-BORNE, for herself and as guardian ad litem for E.F.-B., a minor; TERRI BECK; LESLIE ZANAGLIO, for herself and as guardian ad litem for T.B.Z. and D.B.Z., both minors; SHANA CARIGNAN; MEGAN PARKER, for herself and as guardian ad litem for J.C., a minor; LEIGH SMITH; CRYSTAL HENDRIX, for herself and as guardian ad litem for J.H.-S., a minor; DANA DRAA; LEE KNIGHT CAFFERY, for herself and a guardian ad litem for M.M.C-D. and M.L.C.-D., both minors; SHAWN LONG; CRAIG JOHNSON, for himself and as guardian ad litem for I.J.-L., a minor

        Plaintiffs - Appellees

v.

TIM MOORE, Speaker of the North Carolina House of Representatives; PHIL BERGER, President Pro Tempore of the North Carolina Senate

        Intervenors/Defendants - Appellants

and

JOHN W. SMITH, in his official capacity as the Director of the North Carolina Administrative Office of the Courts; THE HONORABLE DAVID L. CHURCHILL, in his official capacity as Clerk of the Superior Court for Guilford County; THE HONORABLE ARCHIE L. SMITH, in his official capacity as Clerk of the Superior Court for Durham County; WILLIE COVINGTON, in his official

capacity as Register of Deeds for Durham County; JEFF THIGPIN, in his official capacity as the Register of Deeds for Guilford County

   Defendants

ROY COOPER, appearing in a Representative capacity on behalf of State of North Carolina

   Intervenor

———————————

No. 14-2230
(1:14-cv-00299-WO-JEP)

———————————

ELLEN W. GERBER; PEARL BERLIN; LYN MCCOY; JANE BLACKBURN; ESMERALDA MEJIA; CHRISTINA GINTER-MEJIA, for herself and as guardian ad litem for J.G.-M., a minor

   Plaintiffs - Appellees

v.

TIM MOORE, Speaker of the North Carolina House of Representatives; PHIL BERGER, President Pro Tempore of the North Carolina Senate

   Intervenors/Defendants - Appellants

and

JEFF THIGPIN, in his official capacity as the Register of Deeds for Guilford County; JOHN W. SMITH, in his official capacity as the Director of the North Carolina Administrative Office of the Courts; DONNA HICKS SPENCER, in her official capacity as the Register of Deeds for Catawba County; AL JEAN BOGLE

   Defendants

ROY COOPER, appearing in a Representative capacity on behalf of State of North

Carolina

       Intervenor

_____

No. 14-2278
(1:12-cv-00589-WO-JEP)

_____

MARCIE FISHER-BORNE, for herself and as guardian ad litem for M.F.-B., a minor; CHANTELLE FISHER-BORNE, for herself and as guardian ad litem for E.F.-B., a minor; TERRI BECK; LESLIE ZANAGLIO, for herself and as guardian ad litem for T.B.Z. and D.B.Z., both minors; SHANA CARIGNAN; MEGAN PARKER, for herself and as guardian ad litem for J.C., a minor; LEIGH SMITH; CRYSTAL HENDRIX, for herself and as guardian ad litem for J.H.-S., a minor; DANA DRAA; LEE KNIGHT CAFFERY, for herself and a guardian ad litem for M.M.C-D. and M.L.C.-D., both minors; SHAWN LONG; CRAIG JOHNSON, for himself and as guardian ad litem for I.J.-L., a minor

       Plaintiffs - Appellants

v.

TIM MOORE, Speaker of the North Carolina House of Representatives; PHIL BERGER, President Pro Tempore of the North Carolina Senate

       Intervenors/Defendants - Appellees

 and

JOHN W. SMITH, in his official capacity as the Director of the North Carolina Administrative Office of the Courts; THE HONORABLE DAVID L. CHURCHILL, in his official capacity as Clerk of the Superior Court for Guilford County; THE HONORABLE ARCHIE L. SMITH, in his official capacity as Clerk of the Superior Court for Durham County; WILLIE COVINGTON, in his official capacity as Register of Deeds for Durham County; JEFF THIGPIN, in his official capacity as the Register of Deeds for Guilford County

      Defendants

ROY COOPER, appearing in a Representative capacity on behalf of State of North Carolina

      Intervenor

------

No. 14-2279
(1:14-cv-00299-WO-JEP)

------

ELLEN W. GERBER; PEARL BERLIN; LYN MCCOY; JANE BLACKBURN; ESMERALDA MEJIA; CHRISTINA GINTER-MEJIA, for herself and as guardian ad litem for J.G.-M., a minor

      Plaintiffs - Appellants

v.

TIM MOORE, North Carolina Speaker of the House of Representatives; PHIL BERGER, President Pro Tempore of the North Carolina Senate

      Intervenors/Defendants - Appellees

 and

JEFF THIGPIN, in his official capacity as the Register of Deeds for Guilford County; JOHN W. SMITH, in his official capacity as the Director of the North Carolina Administrative Office of the Courts; DONNA HICKS SPENCER, in her official capacity as the Register of Deeds for Catawba County; AL JEAN BOGLE

      Defendants

ROY COOPER, appearing in a Representative capacity on behalf of State of North Carolina

      Intervenor

_____

RULE 42(b) MANDATE

_____

This court's order dismissing these appeals pursuant to Local Rule 42(b) takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*